Daniel C. Fleming, Esq. (SBN 314283)
**WONG FLEMING**
821 Alexander Road, Suite 200
Princeton, NJ 08540
Phone: (609) 951-9520
Fax: (609) 951-0270
dfleming@wongfleming.com
*Attorneys for Plaintiff KeyBank National Association, successor by merger to Key Equipment Finance, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, successor by merger to Key Equipment Finance, Inc., <br><br> Plaintiff, <br><br> v. <br><br> MEDINA TOURS & CHARTERS, INC., FERNANDO MEDINA, and SALVADOR MEDINA, <br><br> Defendants. | Case No. 20-cv-01374-SVK <br><br> **PLAINTIFF'S *EX PARTE* APPLICATION FOR ALTERNATE SERVICE OF PROCESS AND EXTENSION OF TIME FOR SERVICE OF PROCESS** |

Plaintiff KeyBank National Association, successor by merger to Key Equipment Finance, Inc., ("Plaintiff"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 4(m) and L.R. 7-10, hereby files this *ex parte* Application for Extension of Time for Service of Process, and respectfully requests this Court extend the time for service of the Summons and Complaint on Defendants Medina Tours & Charters, Inc., Fernando Medina, and Salvador Medina (collectively "Defendants"), and permit alternate service as outline herein.

**WHEREFORE**, Plaintiff make the following representations and recommendations:

1.      This action was commenced on February 24, 2020, upon the filing of the Summons and Complaint against the Defendants [ECF No. 1].

2.      As of the date of this filing, Plaintiff's process server made five (5) attempts to perfect service upon the individual Defendants at their respective residential addresses and the corporate Defendant at the residential address of its registered agent designated for service of process. Despite diligent efforts, attempted service was unsuccessful. (*See* Declaration of Daniel C. Fleming ("Fleming Decl."), ¶¶ 6, 7, 8).

3.      Notwithstanding the difficulties incurred to date regarding service, Plaintiff believes that the identified addresses are the true addresses of the Defendants.

4.      Plaintiff intends to conduct the following actions regarding service as to Defendants Fernando Medina and Salvador Medina, pursuant to Fed. R. Civ. P. 4(e)(1) and CCP 415.30 – service by posting a true and correct copy of the filed Summons and Complaint to the front door or at such other door as appears to be the main entrance and to mail a true and correct copy of the filed Summons and Complaint simultaneously by U.S.P.S. first class and certified return receipt requested mail as follows:

> Fernando Medina
> 2569 E Trimble Road
> San Jose, California 95132
>
> and
>
> Salvador Medina
> 1658 Los Suenos Avenue
> San Jose, California 95116

5.      As to Defendant Medina Tours & Charters Inc., pursuant to Fed. R. Civ. P. 4(h(A) and CCP 415.30, service upon Salvador Medina as registered agent, by posting a true and correct

copy of the filed Summons and Complaint to the front door or at such other door as appears to be the main entrance and first-class and certified return receipt mail as follows:

> Medina Tours & Charters, Inc.
> c/o Salvador Medina, Registered Agent
> 1658 Los Suenos Avenue
> San Jose, California 95116

**WHEREFORE**, Plaintiff hereby respectfully requests this Court permit alternate service of process and extend time for service by an additional thirty (30) days for which to serve the Summons and Complaint upon Defendants Medina Tours & Charters Inc., Fernando Medina, and Salvador Medina.

Respectfully submitted,

**WONG FLEMING**

By:   */s/ Daniel C. Fleming*
Daniel C. Fleming, Esq. (SBN 314283)
*Attorneys for Plaintiff KeyBank National Association, successor by merger to Key Equipment Finance, Inc.*

Date: May 14, 2020

**CERTIFICATE OF SERVICE**

I, Daniel C. Fleming, an attorney, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties registered with the Court's CM/ECF system.

Additionally, on May 14, 2020, a true and correct copy of the foregoing was mailed by U.S.P.S. first class and certified return receipt requested mail to:

Fernando Medina
2569 E Trimble Road
San Jose, California 95132

Salvador Medina
1658 Los Suenos Avenue
San Jose, California 95116

Medina Tours & Charters, Inc.
c/o Salvador Medina, Registered Agent
1658 Los Suenos Avenue
San Jose, California 95116

By:  */s/ Daniel C. Fleming*
     Daniel C. Fleming, Esq.

Date: May 14, 2020