Daniel C. Fleming, Esq. (SBN 314283)
**WONG FLEMING, P.C.**
821 Alexander Road, Suite 200
Princeton, NJ 08540
Phone: (609) 951-9520
Fax: (609) 951-0270
dfleming@wongfleming.com
*Attorneys for Plaintiff KeyBank National Association, successor by merger to Key Equipment Finance, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, successor by merger to Key Equipment Finance, Inc., <br><br> Plaintiff, <br><br> v. <br><br> MEDINA TOURS & CHARTERS, INC., FERNANDO MEDINA, and SALVADOR MEDINA, <br><br> Defendants. | Case No. 20-cv-01374-SVK <br><br> **DECLARATION OF DANIEL C. FLEMING IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ALTERNATE SERVICE OF PROCESS AND EXTENSION OF TIME FOR SERVICE OF PROCESS** |

I, Daniel C. Fleming, an attorney duly admitted to practice before the Courts of this District, declare under the penalties of perjury the following:

1. I am a partner in the law firm of Wong Fleming, P.C., counsel for Plaintiff KeyBank National Association, successor by merger to Key Equipment Finance, Inc. ("Plaintiff").

2. I am fully familiar with the facts of this case and closely supervised the work of the attorneys assigned to this matter. I submit this Declaration in support of the Plaintiff's *ex parte* Application for Alternate Service and for an Extension of Time to Serve the Defendants.

1

3.     As part of Plaintiff's efforts in locating Defendants, Plaintiff conducted and obtained a LexisNexis Report for each Defendant.

4.     The LexisNexis Report compiled date and information about Defendants from various sources including, but not limited to, postal and real property records, voter registration records, driver license records, motor vehicle registration records, judgment and lien records, employment records, criminal filings, as well as Defendants' potential relatives, business associates, and neighbors.

5.     The LexisNexis Report indicated that, at the time of the filing of Plaintiff's Complaint, the Defendants were located at the same addresses that appear on underlying Loan and Security Agreement and Guaranties.  Those addresses are as follows:

    (a)    Medina Tours & Charters, Inc.
            1850 S 7th Street
            San Jose, California 95112

    (b)    Fernando Medina
            2569 E Trimble Road
            San Jose, California 95132

    (c)    Salvador Medina
            1658 Los Suenos Avenue
            San Jose, California 95116

6.     Attached hereto as **Exhibit A** is a true and correct copy of the Affidavit of Due Diligence pertaining to the service attempted on Defendant Medina Tours & Charters, Inc. via service upon its Registered Agent, Salvador Medina.

7.     Attached hereto as **Exhibit B** is a true and correct copy of the Affidavit of Due Diligence pertaining to service attempted on Defendant Fernando Medina.

8.     Attached hereto as **Exhibit C** is a true and correct copy of the Affidavit of Due Diligence pertaining to service attempted on Defendant Salvador Medina.

DECLARATION OF DANIEL C. FLEMING IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ALTERNATE SERVICE OF PROCESS AND AN EXTENSION OF TIME TO SERVE DEFENDANTS

Dated: May 14, 2020         */s/ Daniel C. Fleming*
                             Daniel C. Fleming

DECLARATION OF DANIEL C. FLEMING IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ALTERNATE SERVICE OF PROCESS AND AN EXTENSION OF TIME TO SERVE DEFENDANTS