Daniel C. Fleming, Esq. (SBN 314283)
**WONG FLEMING**
821 Alexander Road, Suite 200
Princeton, NJ 08540
Phone: (609) 951-9520
Fax: (609) 951-0270
dfleming@wongfleming.com
*Attorneys for Plaintiff KeyBank National Association, successor by merger to Key Equipment Finance, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, successor by merger to Key Equipment Finance, Inc., <br><br> Plaintiff, <br><br> v. <br><br> MEDINA TOURS & CHARTERS, INC., FERNANDO MEDINA, and SALVADOR MEDINA, <br><br> Defendants. | Case No. 20-cv-01374-SVK <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ALTERNATE SERVICE AND EXTENSION OF TIME FOR SERVICE OF PROCESS** |

THIS MATTER having been presented on *Ex Parte* Application by Wong Fleming, attorneys for Plaintiff KeyBank National Association, successor by merger to Key Equipment Finance, Inc., ("Plaintiff"), for the entry of an order permitting alternate service and extending time to serve Defendants Medina Tours & Charters, Inc., Fernando Medina and Salvador Medina, and the Court having read and considered the papers presented, including the Declaration of Daniel C. Fleming; and for good cause shown:

1

**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ALTERNATE
SERVICE AND EXTENSION OF TIME FOR SERVICE OF PROCESS**

IT IS ON THIS _____ day of _____, 2020:

ORDERED that the time in which Plaintiff may serve the Defendants is extended the deadline within which the Defendants must be served by thirty (30) days up to and including June 24, 2020; and it is further

ORDERED that Plaintiff may effectuate service upon Defendants Medina Tours and Charters, Inc., Fernando Medina, and Salvador Medina ("Defendants") by posting notice of this action to the front door or at such other door as appears to be the main entrance at Defendants' last known address, and by mailing notice of this action to Defendants via first-class and certified, return receipt requested mail to each of the addresses as follows:

> Medina Tours & Charters, Inc.
> c/o Salvador Medina, Registered Agent
> 1658 Los Suenos Avenue
> San Jose, California 95116
>
> Fernando Medina
> 2569 E Trimble Road
> San Jose, California 95132
>
> Salvador Medina
> 1658 Los Suenos Avenue
> San Jose, California 95116

and it is further

ORDERED that the Plaintiff shall file proof of service of Defendants no later than _____, 2020; and it is further

ORDERED that Plaintiff serve a copy of this Order upon Defendants contemporaneously with service of the Summons and Complaint.

_____
Hon.

**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ALTERNATE SERVICE AND EXTENSION OF TIME FOR SERVICE OF PROCESS**