UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>MEDINA TOURS & CHARTERS, INC., et al.,<br><br>Defendants. | Case No. 20-cv-01374-SVK<br><br>**ORDER ON (1) PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO SERVE PROCESS BY ALTERNATIVE MEANS AND FOR EXTENSION OF TIME FOR SERVICE; AND (2) PLAINTIFF'S EX PARTE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Re: Dkt. No. 10, 11 |

Before the Court are (1) Plaintiff's *ex parte* motion for leave to serve process by alternative means and for an extension of time to complete service (Dkt. 10); and (2) Plaintiff's *ex parte* motion to continue the initial case management conference and related dates (Dkt. 11).

Plaintiff does not cite any authority for its proposed mode of service—posting the summons and complaint at the front door or main entrance at each Defendant's address and mailing a copy of the summons and complaint to each Defendant. California Code of Civil Procedure Section 415.30, cited by Plaintiff, authorizes service by mail but only if Plaintiff also sends each Defendant a notice and acknowledgment. That section provides that service is not complete unless and until the Defendant returns the acknowledgment. To the extent Plaintiff is requesting relief from the notice and acknowledgment requirement under California Code of Civil Procedure Section 415.30, that request is **DENIED.** Plaintiff must serve each Defendant by a method authorized under the Federal Rules of Civil Procedure.

Plaintiff's request for an extension of the deadline time to complete service is **GRANTED**. Service on each Defendant must be completed by **June 24, 2020.**

1  Plaintiff's request to continue the Initial Case Management Conference is **GRANTED**.
2  The Initial Case Management Conference is continued to **July 28, 2020.** All dates calculated
3  based on the date of the Initial Case Management Conference are extended accordingly.
4  **SO ORDERED.**
5  Dated: May 19, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge